

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

---

May 26, 2026

**By ECF**
Hon. Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: *Crosley et al. v. Samuels et al.*, 26-cv-03901

Dear Judge Vargas:

This Office represents Defendants New York State Education Department ("NYSED"), Office of State Review ("OSR"), and Dr. Betty A. Rosa, the New York State Commissioner of Education (collectively, the "State Defendants")[1] in the above-referenced action. We write to respectfully request that the Court correct the docket to reflect the proper deadline—June 4, 2026—for the State Defendants to answer, move, or otherwise respond to the Complaint.

Plaintiffs filed their Complaint on May 11, 2026 (ECF No. 1). On May 13, 2026, the Office of the New York State Attorney General was served with a copy of the Summons and Complaint. Plaintiffs then served NYSED with a copy of the Summons and Complaint via certified mail. While Plaintiffs indicate that it was mailed on May 12, 2026 (ECF No. 10), it was not received by NYSED until May 14, 2026 (*see* enclosed copy of "received" NYSED-stamped envelope). Thus, service was not complete until that date. *See* CPLR 307(2) ("[s]ervice by certified mail ***shall not be complete until the summons is received in a principal office of the agency*** and until personal service upon the state in the manner provided by subdivision one of this section is completed.") (emphasis added). Once service is complete under CPLR 307(2), a state agency has 21 days to respond to the complaint. *See* Fed. R. Civ. P. 12(a)(1)(A). Thus, the State Defendants' time to respond to the complaint is 21 days after May 12, which is June 4, 2026.

Nonetheless, the docket now incorrectly indicates that the State Defendants' response deadlines are June 2 and June 3, 2026. Therefore, the State Defendants respectfully request that the docket be corrected to accurately reflect June 4, 2026 as their deadline to answer, move, or otherwise respond to the Complaint.

Thank you for your time and attention to this matter.

Respectfully submitted,

---

[1] OSR is not a legally cognizable entity separate from NYSED.

Hon. Jeannette A. Vargas                                            Page 2 of 2
May 26, 2026

> */s/ Elizabeth McCullough-Sanden*
> ELIZABETH MCCULLOUGH-SANDEN
> Assistant Attorney General
> (212) 416-8674
> Elizabeth.McCullough-Sanden@ag.ny.gov

Enclosure

Cc: Jeffrey Spinner (Attorney for Plaintiff) (via ECF)

Liberty and Freedom Legal Group
105 East 34th Street, Suite #190
New York, NY 10016



Retail

U.S. POSTAGE PAID
PM
NEW YORK, NY 10016
MAY 12, 2026

12234

$22.35

RDC 03

S2324P502565-03

The New York State Education Department,
and Betty A. Rosa, in her official capacity as
Commissioner of Education of the State of New York
89 Washington Avenue
Albany, NY 12234



RECEIVED
MAY 1 4 2026
NYSED
Office of Counsel



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL™

7012 3460 0003 3969 3853