UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                  :

CRYSAL CROSLEY, individually and as parent and    :
natural guardian of Z.C., a student with a disability,    :

                      :           26-CV-03901 (JAV)
                Plaintiff,    :

                      :               ORDER

      -v-                   :

                      :

KAMAR H. SAMUELS, in his official capacity as    :
Chancellor of the New York City Department of    :
Education, et al.,    :

                      :

            Defendants.    :
-----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

This case alleges claims under the Individuals with Disabilities Education Act, Title 20, United States Code, Section 1410 *et seq*. The parties are hereby ORDERED to submit a joint letter, no later than **two weeks from the date of this Order** and not to exceed two pages, including the following information in separately numbered paragraphs:

(1)    whether there is any need for discovery or an initial conference in this case;

(2)    if there is no need for discovery or an initial conference, a proposed briefing schedule for any motions, including motions for summary judgment; and

(3)    whether there is anything the Court can do to facilitate settlement (such as referring the matter for a settlement conference before a Magistrate Judge or to the District's Mediation Program).

Additionally, **within 60 days from the date of this Order**, Defendant shall file on the docket the certified administrative record in this matter. The administrative record shall be filed under seal pursuant to Federal Rule of Civil Procedure 5.2(d).

2

In accordance with the Court's Individual Rules and Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or conference.  The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; and (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent.

**Within two days of the date of this Order**, Plaintiff shall serve the Order electronically on counsel for Defendants and file proof of such service on ECF.

SO ORDERED.

Dated: May 27, 2026
       New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2