UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
CRYSAL CROSLEY, individually and as Parent
and Natural Guardian of Z.C., a student with a
disability,

                            Plaintiff,

     -against-

KAMAR H. SAMUELS, in his official capacity
as Chancellor of the New York City Department
of Education; NEW YORK CITY
DEPARTMENT OF EDUCATION; OFFICE OF
ADMINISTRATIVE TRIALS AND
HEARINGS; VILDA VERA MAYUGA in her
official capacity as Commissioner and Chief
Administrative Law Judge of the Office of
COMPLAINT Administrative Trials and
Hearings; NOEL R. GARCIA in his official
capacity as Deputy Commissioner of OATH's
Special Education Hearings Division; WILLIAM
STEWART, in his official capacity as Assistant
Commissioner of OATH's Special Education
Hearings Division; NEW YORK STATE
EDUCATION DEPARTMENT; OFFICE OF
STATE REVIEW, as part of the New York State
Education Department; and BETTY A. ROSA, in
her official capacity as Commissioner of
Education of the State of New York,
                          Defendants.

------------------------------------------------------------X

26-CV-03901 (JAV)

### THE STATE DEFENDANTS' NOTICE OF MOTION
### TO DISMISS THE AMENDED COMPLAINT


**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated July

27, 2026, and all prior pleadings, papers, and proceedings herein, Defendants New York State

Education Department, Office of State Review, and Dr. Betty A. Rosa, the New York State

Commissioner of Education (collectively, the "State Defendants"),[1] by their attorney, LETITIA JAMES, Attorney General of the State of New York, will move this Court before the Honorable Jeannette A. Vargas, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, for an order dismissing the Amended Complaint in this action with prejudice, pursuant to Rules 12(b)(1), 12(b)(6), and 20-21 of the Federal Rules of Civil Procedure, and for other and further relief as the Court deems just and proper.

Dated:  New York, New York
             July 27, 2026

                                                    Respectfully submitted,

                                                    LETITIA JAMES
                                                    Attorney General
                                                    State of New York
                                                    *Attorney for the State Defendants*
                                                    By:
                                                       */s/ Elizabeth McCullough-Sanden*
                                                    Elizabeth McCullough-Sanden
                                                    Assistant Attorney General
                                                    28 Liberty Street
                                                    New York, New York 10005
                                                    (212) 416-8674
                                                    Elizabeth.McCullough-Sanden@ag.ny.gov

---

[1] The Office of State Review is not a legally cognizable entity separate from the New York State Education Department.

2